**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| David Mills Becker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING IN PART** |
| | ) | **MOTION TO EXTEND** |
| vs. | ) | **DISCOVERY DEADLINES** |
| | ) | |
| Dennis Crow, Robert Erlandson, Loyd | ) | |
| Krein, Pete Freid, Roughrider Industries, | ) | |
| and NDSP, | ) | |
| | ) | Case No. 1:13-cv-117 |
| Defendants. | ) | |

Before the court is "Motion to Set Off Scheduling/Discovery Deadlines" filed by plaintiff David Mills Becker on January 23, 2015. Plaintiff requests (1) that certain discovery deadlines be extended by 60 days, and (2) that all deadlines be suspended until after the completion of discovery. Defendants have not filed a response.

The motion (Docket No. 25) is **GRANTED IN PART** to the extent that plaintiff requests 60-day extensions. Accordingly, the existing Scheduling Order is **AMENDED** to provide:

1. The parties shall have until <u>June 15, 2015</u>, to complete fact discovery and to file discovery motions.

2. The parties shall have until <u>March 16, 2015</u>, to move to join additional parties.

3. The parties shall have until <u>March 16, 2015</u>, to move to amend pleadings to add claims or defenses.

4. The parties shall have until <u>October 30, 2015</u>, to file other dispositive motions (summary judgment as to all or part of the case).

1

The motion (Docket No. 25) is **DENIED IN PART** to the extent the plaintiff requests that all deadlines be suspended pending the completion of discovery. If plaintiff believes he requires additional time beyond what has been granted, he may file an appropriate motion requesting an extension of discovery deadlines.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
