# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| David Mills Becker, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Robert Erlandson, et. al., | ) Case No. 1:13-cv-117 |
| Defendants. | ) |

On October 28, 2015, defendants filed a "Motion for a Continuance of Dispositive Motion Deadline." They seek to extend the deadline for filing dispositive motions from October 30, 2015, until November 20, 2015.

The court **GRANTS** the motion (Docket No. 28) and extends the deadline for filing dispositive motions until November 20, 2015. To ensure there is ample time for consideration of dispositive motions if and when they are filed, the court on its own motion cancels the pretrial conference set for February 1, 2016, and trial set for February 16, 2016, with the understanding that they shall be rescheduled as necessary at a future date and time.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court