**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| David Mills Becker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Erlandson, et. al., | ) | |
| | ) | Case No. 1:13-cv-117 |
| Defendants. | ) | |

On January 21, 2016, plaintiff filed a response to defendants' Motion for Summary Judgment along with numerous exhibits.[1] The court **ORDERS** that the following exhibits be sealed as they contain sensitive personal information: Ex Nos. O-A (Doc. No. 42-3), O-C (Doc. No. 42-4), 2-A through 2-D (Doc. Nos. 42-9 through 42-12), 3-A (Doc. No. 42-13), 3-B (Doc. 42-14), 5-A through 5-C (Doc. Nos. 42-15 through 42-17), 15-A (Doc. No. 42-21), 17-A through 17-E (Doc. Nos. 42-22 through 42-26), 18-A (Doc. No. 42-27), 20-A through 20-C (Doc. No. 42-28 through 28-30), 21-A (Doc. No. 42-31), 21-B (Doc. No. 42-32), 26-A (Docket No. 42-34), 26-B (Docket No. 42-35), 31 (Doc. No. 42-37), 32 (Doc. No. 42-38), 33-33-C (Doc. Nos. 42-42 through 42-45).

**IT IS SO ORDERED.**

Dated this 21st day of January, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1] Plaintiff also filed a document listing all of his exhibits by number and letter. Although listed on this document, Exhibit Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, and 30 were not among the exhibits filed by plaintiff.