# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David Mills Becker, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Robert Erlandson, et. al., ) | Case No. 1:13-cv-117 |
| ) | |
| Defendants. ) | |

On January 22, 2016, plaintiff filed documents marked as Exhibits 60 and 61 to supplement his response to defendants' Motion for Summary Judgment. The Clerk's office is directed to seal these exhibits (Docket No. 45) as they contain sensitive personal information.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2016.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr., Magistrate Judge
>   United States District Court